AO 450 (Rev. 11/11)  Judgment in a Civil Action

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ROBERT E MALLER | ) |
|  | ) Civil Action No. 2:23-cv-8 |
| Plaintiff | ) |
| v. | ) |
| CHICAGO FITNESS PARTNERS, LLC | ) |
| *doing business as* | ) |
| Top Fitness | ) |
| Defendant | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

**X** the plaintiff Robert E Maller recover from the defendant Chicago Fitness Partners, LLC, doing business as Top Fitness damages in the amount of One Thousand Nine Hundred-Sixty-Four Dollars and Fourteen Cents ($1,964.14), plus post-judgment interest at the rate of 4.00 % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** other: JUDGMENT IS ENTERED in favor of Plaintiff, Robert E Maller, and against Defendant, Chicago Fitness Partners, LLC, doing business as Top Fitness.

This action was (*check one*):

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Magistrate Judge Andrew P. Rodovich on Motions for Summary Judgment.

DATE: 07/11/2025         *Chanda J. Berta, Clerk of Court*

                          by   s/J. Barboza
                              *Signature of Clerk or Deputy Clerk*